**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER ON MOTIONS**

Appellate case name:     *Rescue Concepts Inc. v. Houreal Corporation*

Appellate case number:   01-20-00553-CV

Trial court case number: 2014-71749

Trial court:             270th District Court of Harris County

On February 7, 2022, appellant/cross-appellee, Rescue Concepts, Inc., filed a motion to strike the reply brief filed by appellee/cross-appellant, HouReal Corporation. HouReal Corp. opposed this relief. In the alternative, and in a motion filed on February 8, 2022, Rescue Concepts requested leave to file a sur-reply brief responding to HouReal Corp.'s reply brief. HouReal Corp. does not oppose this relief.

Rescue Concepts' motion to strike HouReal Corp.'s reply brief is **denied**. Rescue Concepts' motion for leave to file a sur-reply brief is **granted**. The sur-reply brief is due in this Court on **February 25, 2022**. Absent extraordinary circumstances, the Court will not grant motions for extensions of time.

It is so ORDERED.

Judge's signature: /s/ April L. Farris
                 ☒ Acting individually    ☐ Acting for the Court

Date: February 15, 2022